October 16, 2018

Terrence Mullen
Reg. #67195-050
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640

Thomas Patrick Windom, AUSA
Office of the United States Attorney
6406 Ivy Lane, Suite 800
Greenbelt, MD 20770

Re: Settlement Agreement
(Civil #PWG-17-313; Criminal #PWG-14-587)

Dear Mr. Windom:

    I forward this missive with the singular hope of resolving the above entitled matter. On September 5, 2018, the Fourth Circuit Court of Appeals remanded the above cause of action to the District Court for an evidentiary hearing as it relates to the violation of my Sixth Amendment right to effective assistance of counsel.

    There are several issues that have already been raised, as well as several very large issues that have not yet been raised, that will complicate this case if the sentence is vacated, as it appears it may very well be.

    In view of conserving judicial resources and the expense of transportation I am submitting that an agreement could be reached to resolve this matter amicably for all parties, without impugning the reputation of an officer of the court who for all intents and purposes rendered constitutionally deficient performance throughout the entire proceedings before the bar.

    I am proposing that the base offense level be reduced three(3) levels, which equates to the removal of the two(2) level enhancement for relocation to avoid law enforcement, and one(1) withheld for untimely acceptance of the guilty plea. If your office is amenable to the terms of this settlement, I would be willing to sign an agreement disposing of this matter, and thus conserving scarce judicial resources.

    I look forward hopefully to your response.

Sincerely,

*Terrence Mullen*
Terrence Mullen

cc: Hon. Paul W. Grimm, U.S.D.J.

T. mullen 67195-050
Fort Dix FCI
P o Box 2000
Joint Base MDL, NJ 08640



TRENTON NJ 085

22 OCT 2018 PM 5 L

U.S. Court House
Att: Hon. Paul W. Grimm
6500 Cherrywood LN
Greenbelt, MD 21201



LODGED ____ RECEIVED

OCT 24 2018

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                              DEPUTY

20770-124999